IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JERRY D. FOWLER                                                    PLAINTIFF

V.                                              CAUSE NO.: 1:15CV023-SA-DAS

BRADLEY EDMONSON                                                  DEFENDANT

## ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Plaintiff has failed to sustain his burden of adducing sufficient evidence to raise a genuine issue of material fact to suggest that Defendant's conduct violated a constitutional right or that his conduct was objectively unreasonable. Therefore, qualified immunity insulates Patrolman Edmondson from Plaintiff's claims. The Motion for Summary Judgment [14] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 12th day of September, 2016.

  **/s/ Sharion Aycock**_____
**U.S. DISTRICT JUDGE**